UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TOMMY LEWIS REINAN,

                Petitioner,

    v.

PATRICK GLEBE,

              Respondent.

CASE NO. C13-5886 RBL-JRC

ORDER

The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge J. Richard Creatura.  The District Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4.  Petitioner seeks relief from a state conviction and sentence.  The petition is filed pursuant to 28 U.S.C. § 2254.

Petitioner has substantially complied with Local Rule 15 by supplying the Court with a copy of his proposed amended petition (ECF No. 18).  Accordingly, the Court grants petitioner's motion to amend the petition (ECF No. 16).

Dated this 14th day of February, 2014.

J. Richard Creatura
United States Magistrate Judge